IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3076 |
| vs. | ORDER |
| SCOTT KRISTOPHER SORENSEN, | |
| Defendant. | |

This matter is before the Court on the government's suggestion of death and motion to dismiss (filing 20). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The government's motion to dismiss (filing 20) is granted.

2. The indictment is dismissed without prejudice.

3. The defendant's motion to suppress (filing 15) is denied as moot.

4. The October 3, 2022 trial date is canceled.

Dated this 30th day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge